

# COURT OF APPEALS

SANDEE BRYAN MARION
  CHIEF JUSTICE
KAREN ANGELINI
MARIALYN BARNARD
REBECA C. MARTINEZ
PATRICIA O. ALVAREZ
LUZ ELENA D. CHAPA
JASON PULLIAM
  JUSTICES

FOURTH COURT OF APPEALS DISTRICT
CADENA-REEVES JUSTICE CENTER
300 DOLOROSA, SUITE 3200
SAN ANTONIO, TEXAS 78205-3037
WWW.TXCOURTS.GOV/4THCOA.ASPX

KEITH E. HOTTLE
CLERK OF COURT

TELEPHONE
(210) 335-2635

FACSIMILE NO.
(210) 335-2762

November 25, 2015

Nicolas A. LaHood
District Attorney, Bexar County
101 W. Nueva, Suite 370
San Antonio, TX 78205
* DELIVERED VIA E-MAIL *

Michael D. Robbins
Bexar County Public Defender's
Office
101 W. Nueva, Ste. 370
San Antonio, TX 78205-3440
* DELIVERED VIA E-MAIL *

RE:     Court of Appeals Number:     04-15-00245-CR
        Trial Court Case Number:     2014CR0936
        Style:  Julio Alejandro Zuniga
                v.
                The State of Texas

Enclosed please find the order which the Honorable Court of Appeals has issued in reference to the above styled and numbered cause.

If you should have any questions, please do not hesitate to contact me.

Very truly yours,
KEITH E. HOTTLE, CLERK

Cecilia Barbosa
Deputy Clerk, Ext. 5-3221

cc: Michael Lee Young (DELIVERED VIA E-MAIL)



# Fourth Court of Appeals
## San Antonio, Texas

November 25, 2015

No. 04-15-00245-CR

Julio Alejandro **ZUNIGA,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR0936
Honorable Raymond Angelini, Judge Presiding

## O R D E R

Appellant's brief was originally due to be filed with this court on October 25, 2015. We granted Appellant's first motion for an extension of time to file the brief until November 20, 2015. On the due date, Appellant filed his second motion for extension of time to file his brief. He requested a thirty-day extension for a total extension of fifty-seven days.

Appellant's motion is GRANTED. Appellant's brief must be filed with this court by December 21, 2015.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of November, 2015.

_____
Keith E. Hottle
Clerk of Court